IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, | No. 4:23-CV-01569 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DIRECT BUILDING SUPPLIES LLC, | |
| Defendant. | |

## ORDER

**JANUARY 17, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss (Doc. 22) is **DENIED**.

2. Defendant's answer to the complaint is due no later than fourteen (14) days from the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge