IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECT BUILDING SUPPLIES LLC, d/b/a RENU SOLAR,<br><br>    Defendant. | No. 4:23-CV-01569<br><br>(Chief Judge Brann) |

## ORDER

### APRIL 22, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Gerard Jackson's Motion to Dismiss (Doc. 34) is **DENIED** and;

2. Gerard Jackson shall file an Answer by May 6, 2024.

                                       BY THE COURT:

                                       *s/ Matthew W. Brann*
                                       Matthew W. Brann
                                       Chief United States District Judge