# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated, | No. 4:23-CV-01569 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DIRECT BUILDING SUPPLIES LLC d/b/a RENU SOLAR, | |
| Defendant. | |
| DIRECT BUILDING SUPPLIES LLC d/b/a RENU SOLAR, | |
| Third Party Plaintiff, | |
| v. | |
| TECH MEDIA GROUP, | |
| Third Party Defendant. | |

## ORDER SCHEDULING INITIAL
## CASE MANAGEMENT CONFERENCE

**AND NOW**, this 8th day of May 2026, **IT IS HEREBY ORDERED** that:

1.      The initial case management conference pursuant to FED. R. CIV. P. 16 will be conducted by the Court on **May 28, 2026, at 4:30 p.m.  The Court prefers to hold these conferences by telephone.  Plaintiff's counsel shall initiate the conference call.  The Court may be reached in chambers at 570-323-9772.**   At the time the call is placed, all counsel shall be on the line and prepared to proceed.

It is the Court's preference that counsel do not participate in conference calls by cell phone.

2.    The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible, including the simplification of issues, a schedule for the completion of discovery, amendment of pleadings, joinder of parties, filing of motions and trial. Participation in this conference by counsel or by pro se litigants is mandatory.

3.    If counsel of record is unable to participate in the conference, the Court shall be notified with the name of the substitute counsel two business days in advance of the date of the conference at the telephone number set forth above.

4.    Counsel representing non-governmental corporate entities are reminded to comply with FED. R. CIV. P. 7.1.

5.    Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania.  **Local Rule 16.3 requires lead counsel for each party to meet prior to the management conference and complete a "Joint Case Management Plan" form.  The completed form, which is set forth in Appendix A of the local rules, <u>must be filed at least seven (7) days prior to the conference.</u>**  Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990, and are expected to proceed in a

manner intended to secure the just, speedy and inexpensive determination of this action. FED. R. CIV. P. 1.

6. It is anticipated that discovery has been initiated and will be conducted with dispatch, including compliance with FED. R. CIV. P. 26(a), so that a reasonable discussion of the merits of the case will take place at the time of the conference.

7. Counsel shall not cease active discovery pending disposition of a motion to dismiss.

8. At the case management conference, the captioned action will be placed on one of the following tracks:

     a. **Fast Track -** Referring the case to a United States Magistrate Judge for recommendations.

     b. **Expedited Track -** Setting a trial date to be determined at the time of the case management conference.

     c. **Standard Track -** Setting a trial date of not more than 20 months from the filing of the complaint.

     d. **Complex Track -** Setting a trial date in excess of 20 months but less than 2 years from the filing of the complaint.

9. The parties and counsel are directed to the Court's calendar attached hereto. The dates referred on the calendar shall be strictly complied with. The parties are advised that once the deadlines have been established extensions of those time periods will not be granted, except under exceptional circumstances.

3

10.    Finally, please be advised that the Court will take no action based upon correspondence.  Counsel is respectfully reminded to adhere to the motion practice set forth in the Rules.

*Please see our website at: www.pamd.uscourts.gov for general information and forms.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

4

**Judge Brann's 2027 Calendar**

| ICMC | Discovery Deadline | Dispositive Motions & Supporting Briefs | Plaintiffs' Expert Reports | Defendants' Expert Reports | Supplemental /Rebuttal Expert Reports | Motions in Limine & Supporting Brief | Pre-trial memos & Proposed Voir Dire Questions & Proposed Jury Instructions | Final Pre-trial conference | Jury Selection/ Trial |
|---|---|---|---|---|---|---|---|---|---|
| Aug 2025 | Apr 6, 2026 | Jun 8, 2026 | Sep 8, 2026 | Oct 8, 2026 | Oct 22, 2026 | Nov 9, 2026 | Nov 23, 2026 | Nov 30, 2026 | Jan 4, 2027 |
| Sep 2025 | May 4, 2026 | July 6, 2026 | Oct 6, 2026 | Nov 6, 2026 | Nov 20, 2026 | Dec 7, 2026 | Dec 21, 2026 | Dec 28, 2026 | Feb 1, 2027 |
| Oct 2025 | June 1, 2026 | Aug 3, 2026 | Nov 3, 2026 | Dec 3, 2026 | Dec 17, 2026 | Jan 11, 2027 | Jan 25, 2027 | Feb 1, 2027 | March 1, 2027 |
| Nov 2025 | July 6, 2026 | Sept 8, 2026 | Dec 8, 2026 | Jan 8, 2027 | Jan 22, 2027 | Feb 8, 2027 | Feb 22, 2027 | Mar 1, 2027 | April 5, 2027 |
| Dec 2025 | Aug 3, 2026 | Oct 5, 2026 | Jan 5, 2027 | Feb 5, 2027 | Feb 19, 2027 | Mar 8, 2027 | Mar 22, 2027 | Mar 29, 2027 | May 3, 2027 |
| Jan 2026 | Sept 2, 2026 | Nov 2, 2026 | Feb 2, 2027 | Mar 2, 2027 | Mar 16, 2027 | Apr 15, 2027 | Apr 19, 2027 | Apr 26, 2027 | June 7, 2027 |
| Feb 2026 | Oct 2, 2026 | Dec 2, 2026 | Mar 2, 2027 | Apr 2, 2027 | Apr 16, 2027 | May 11, 2027 | May 25, 2027 | June 1, 2027 | July 12, 2027 |
| Mar 2026 | Nov 2, 2026 | Jan 4, 2027 | Apr 5, 2027 | May 5, 2027 | May 19, 2027 | Jun 1, 2027 | Jun 21, 2027 | June 28, 2027 | Aug 2, 2027 |
| Apr 2026 | Dec 7, 2026 | Feb 8, 2027 | May 10, 2027 | Jun 10, 2027 | Jun 24, 2027 | July 12, 2027 | July 26, 2027 | Aug 2, 2027 | Sept 13, 2027 |
| May 2026 | Jan 4, 2027 | Mar 4, 2027 | Jun 4, 2027 | July 6, 2027 | July 20, 2027 | Aug 9, 2027 | Aug 23, 2027 | Aug 30, 2027 | Oct 4, 2027 |
| Jun 2026 | Feb 1, 2027 | Apr 1, 2027 | July 1, 2027 | Aug 2, 2027 | Aug 16, 2027 | Sept 1, 2027 | Sept 20, 2027 | Sept 27, 2027 | Nov 1, 2027 |
| Jul 2026 | Mar 8, 2027 | May 10, 2027 | Aug 10, 2027 | Sept 10, 2027 | Sept 24, 2027 | Oct 8, 2027 | Oct 25, 2027 | Nov 1, 2027 | Dec 6, 2027 |