**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GERARD JACKSON, ON BEHALF OF
HIMSELF AND OTHERS SIMILARLY
SITUATED

        Plaintiff/Counter-Defendant,

    vs.

DIRECT BUILDING SUPPLIES, LLC
        Defendant/Counter-Plaintiff
        and Third-Party Plaintiff,

    vs.

TECHMEDIA GROUP

        Third-Party Defendant.

Case No. 4:23-cv-01569

### ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.


RESPECTFULLY SUBMITTED AND DATED this May 27, 2026.

        */s/ Andrew Roman Perrong*
        Andrew Roman Perrong, Esq.
        Perrong Law LLC
        2657 Mount Carmel Avenue
        Glenside, Pennsylvania 19038
        Phone: 215-225-5529 (CALL-LAW)
        Facsimile: 888-329-0305
        a@perronglaw.com

### Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on May 27, 2025.


        */s/ Andrew Roman Perrong*
        Andrew Roman Perrong, Esq.

1